The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00813-JLR <br><br> [PROPOSED] ORDER APPOINTING CLASS COUNSEL |

Upon consideration of Parties' Stipulated Motion to Appoint Class Counsel, and previously filed documents in support of the Motion for Class Certification, and pursuant to Rules 23(a) and 23(g) of the Federal Rules of Civil Procedure, the Court appoints the following attorneys as class counsel:

Christopher Strawn
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104

Melissa Crow
American Immigration Council
1331 G Street, NW, Suite 200
Washington, DC 20005

Devin Theriot-Orr
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

5

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

Marc Van Der Hout
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

It is so ORDERED.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this __28th__ day of __July__, 2017.

_____
The Honorable James L. Robart
United States District Judge

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

6

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628