UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., et al.,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES CITIZENSHIP<br>AND IMMIGRATION SERVICES,<br>et al.,<br><br>Defendants. | CASE NO. C15-0813JLR<br><br>SCHEDULING ORDER |

Pursuant to the parties' Joint Status Report and Discovery Plan (Dkt. # 101), the court sets the following schedule:

Defendants' Motion to Supplement the Record is due October 20, 2017.

Plaintiffs' Opposition and any Cross-Motion is due November 24, 2017.

Defendants' Reply and any Opposition to the Cross-Motion is due December 8, 2017.

//

ORDER - 1

Plaintiffs' Reply in Support of the Cross-Motion, if any, would be due on December 22, 2017.

Discovery must be completed by April 2, 2018.

Any Motion for Summary Judgment is due 30 days after discovery is completed, and no later than May 1, 2018.

Any Opposition to the Motion for Summary Judgment is due June 1, 2018.

Any optional Reply is due June 15, 2018.

Dated this 17th day of October, 2017.

JAMES L. ROBART
United States District Judge