The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., et al., | Case No. 2:15-cv-00813-JLR |
| Plaintiffs, | |
| v. | STIPULATED MOTION TO MODIFY ORDER APPOINTING CLASS COUNSEL AND [PROPOSED] ORDER |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | Noted for consideration on: 02/23/2018 |

On July 28, 2017, the Court appointed Christopher Strawn of the Northwest Immigrant Rights Project, Melissa Crow of the American Immigration Council, Devin Theriot-Orr of Sunbird Law PLLC, and Marc Van Der Hout of Van Der Hout, Brigagliano & Nightingale, LLP, as class counsel in the above-captioned action. Dkt. No. 97. On February 6, 2018, Trina Realmuto of the American Immigration Council moved for pro hac vice admission, which this Court granted the same day. Dkt. Nos. 108 and 109. As indicated in that motion, Ms. Realmuto's appearance was prompted by Ms. Crow's impending departure from the American Immigration Council. Ms. Crow subsequently filed a Notice of Withdrawal of Counsel on February 9, 2018. Dkt. 110.

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(g), and this Court's Order of July 18, 2017, Dkt. No. 95 at 24-25, the parties to the above-referenced action, by and through their undersigned counsel of record, now hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court substitute Ms. Realmuto for Ms. Crow as class counsel. As set forth in

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR
1

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

the accompanying declaration of Ms. Realmuto, she is qualified to represent the class. *See* Exhibit A (Declaration of Trina Realmuto In Support of Stipulation Regarding Substitution of Class Counsel).

The parties hereby stipulate, agree, and request that this Court appoint Ms. Realmuto as class counsel and substitute her appointment for that of Melissa Crow, who has withdrawn from this case.

Respectfully submitted this 23rd day of February, 2018.

/s/ Christopher Strawn
Christopher Strawn, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

/s/ Devin T. Theriot-Orr
Devin Theriot-Orr, WSBA 33995
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 962-5052

/s/ Marc Van Der Hout
Marc Van Der Hout (*pro hac vice*)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

Attorneys for Plaintiffs and Class Members

/s/ Trina Realmuto
Trina Realmuto (*pro hac vice*)
American Immigration Council
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600

Attorney for Plaintiffs

Stipulated Motion and ~~[Proposed]~~ Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

2

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

1  Chad A. Readler
2  Acting Assistant Attorney General

3  William C. Peachey
   Director
4

5  Jeffrey S. Robins
   Assistant Director
6

7  */s/ Adrienne Zack*
   Adrienne Zack
8  Trial Attorney
   U.S. Department of Justice
9  Civil Division
10 Office of Immigration Litigation
   District Court Section
11 P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
12 Phone: (202) 598-2446
13 Fax: (202) 305-7000
   Email: Adrienne.M.Zack@usdoj.gov
14
   Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

3

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2018, I electronically filed the foregoing STIPULATED MOTION TO MODIFY ORDER APPOINTING CLASS COUNSEL AND [PROPOSED] ORDER with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Devin T. Theriot-Orr*
Devin Theriot-Orr, WSBA 33995
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 962-5052

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

4

The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>[PROPOSED] ORDER MODIFYING ORDER APPOINTING CLASS COUNSEL |

Upon consideration of Parties' Stipulated Motion to Modify Order Appointing Class Counsel, and the attached Declaration of Trina Realmuto in support of that motion, previously filed documents in support of the Motion for Class Certification, and pursuant to Rules 23(a) and 23(g) of the Federal Rules of Civil Procedure, the Court hereby appoints Trina Realmuto of the American Immigration Council, 100 Summer Street, 23rd Floor, Boston, MA 02110 as class counsel and substitute her appointment for that of Melissa Crow, who has withdrawn from this case.

It is so ORDERED.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 23rd day of Feb., 2018.

_____
The Honorable James L. Robart
United States District Judge

Stipulated Motion and [Proposed] Order
Appointing Class Counsel
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

5