The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., Antonio MACHIC YAC, and W.H., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>STIPULATION AND [PROPOSED] ORDER REQUESTING AMENDMENT OF SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>April 19, 2018 |

Pursuant to this Court's Scheduling Order of October 17, 2017, ECF No. 102, any motion for summary judgment is presently due by May 1, 2018. The parties to the above-referenced action, by and through their undersigned counsel of record, hereby respectfully STIPULATE, AGREE, and JOINTLY REQUEST that the Court amend the Scheduling Order to extend the deadline for motions for summary judgment. The parties request that any motions for summary judgment be due on May 17, 2018, any opposition to a motion for summary judgment be due on June 18, 2018, and any reply due on July 2, 2018.

DATED: April 19, 2018

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

Respectfully submitted,

*s/ Devin Theriot-Orr*
DEVIN THERIOT-ORR
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

Stipulation and [Proposed] Order
Case No. 2:15-cv-00813-JLR

JEFFREY S. ROBINS
Assistant Director

*s/ Adrienne Zack*
ADRIENNE ZACK
Trial Attorney
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 598-2443
Fax: (202) 305-7000
Email: adrienne.m.zack@usdoj.gov

Attorneys for Defendants

Phone: (206) 962-5052

CHRISTOPHER STRAWN
Northwest Immigrant Rights Project
615 2nd Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8628
Fax: (206) 587-4025
Email: chris@nwirp.org

MARC VAN DER HOUT
Van Der Hout, Brigagliano, and Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
Phone: (415) 981-3000
Email: ndca@vblaw.com

TRINA REALMUTO
American Immigration Council
100 Summer Street, 23rd Floor
Boston, MA 02110
Phone: (857) 305-3600
Email: trealmuto@immcouncil.org

Attorneys for Plaintiffs

Stipulation and ~~Proposed~~ Order
Case No. 2:15-cv-00813-JLR

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 19, 2018, I electronically filed the foregoing Stipulation Requesting Amendment of Scheduling Order with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adrienne Zack*
ADRIENNE ZACK
Trial Attorney
U.S. Department of Justice

Stipulation and ~~Proposed~~ Order
Case No. 2:15-cv-00813-JLR

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants. | Case No. 2:15-cv-00813-JLR<br><br>[~~PROPOSED~~] ORDER AMENDING<br>SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>April 19, 2018 |

[~~Proposed~~] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.

The Scheduling Order, ECF No. 102, is amended as follows:

Any motion for summary judgment is due May 17, 2018.

Any opposition to a motion for summary judgment is due June 18, 2018.

Any optional reply is due July 2, 2018.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this ___19th___ day of ___April___, ~~2018~~.

_____
The Honorable James L. Robart
United States District Judge

Stipulation and ~~Proposed~~ Order
Case No. 2:15-cv-00813-JLR

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

1  Presented by:

2  CHAD A. READLER
3  Acting Assistant Attorney General

4  WILLIAM C. PEACHEY
   Director
5

6  JEFFREY S. ROBINS
   Assistant Director
7

   *s/ Adrienne Zack*
8  ADRIENNE ZACK
9  Trial Attorney
   U.S. Department of Justice
10 Civil Division
   Office of Immigration Litigation
11 District Court Section
12 P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
13 Phone: (202) 598-2446
   Fax: (202) 305-7000
14 Email: adrienne.m.zack@usdoj.gov

15 Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and ~~Proposed~~ Order
Case No. 2:15-cv-00813-JLR

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446