The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.A., et al.,

        Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.,*

        Defendants.

Case No. 2:15-cv-00813-JLR

STIPULATED MOTION FOR EXTENSION
OF SUMMARY JUDGMENT BRIEFING
SCHEDULE AND [~~PROPOSED~~] ORDER

Noted for consideration on: 06/14/2018

Pursuant to this Court's Scheduling Order, as amended, ECF No. 115, any opposition to the motions for summary judgment are presently due June 18, 2018, and any replies are due July 2, 2018. The Parties have conferred and respectfully request that the Court extend the briefing schedule for the pending Summary Judgment motions by two weeks. The Parties request that the Oppositions to the Motions for Summary Judgment be filed by both parties on or before July 2, 2018, with Replies due on or before July 16, 2018.

Respectfully submitted this 14th day of June, 2018.

*/s/ Christopher Strawn*
Christopher Strawn, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Stipulated Motion and [~~Proposed~~] Order
Extending Summary Judgment Deadlines
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

1

1    _/s/ Devin T. Theriot-Orr_____
     Devin Theriot-Orr, WSBA 33995
2    Sunbird Law, PLLC
     1001 4th Avenue, Suite 3200
3    Seattle, WA  98154
     (206) 962-5052
4

5    _/s/ Marc Van Der Hout_____
     Marc Van Der Hout (*pro hac vice*)
6    Van Der Hout, Brigagliano & Nightingale, LLP
     180 Sutter Street, Suite 500
7    San Francisco, CA  94104
     (415) 981-3000
8

9    _/s/ Trina Realmuto_____
     Trina Realmuto (*pro hac vice*)
10   American Immigration Council
     100 Summer Street, 23rd Floor
11   Boston, MA 02110
     (857) 305-3600
12

13   Attorneys for Plaintiffs and Class Members
14

15   Chad A. Readler
     Acting Assistant Attorney General
16

17   William C. Peachey
     Director
18

19   Jeffrey S. Robins
     Assistant Director
20

21   _/s/ Adrienne Zack_____
     Adrienne Zack
     Trial Attorney
22   U.S. Department of Justice
     Civil Division
23   Office of Immigration Litigation
     District Court Section
24   P.O. Box 868, Ben Franklin Station
     Washington, DC  20044
25   Phone: (202) 598-2446
     Fax: (202) 305-7000
26
     Email: Adrienne.M.Zack@usdoj.gov
27

28   Attorneys for Defendants

Stipulated Motion and [Proposed] Order          Northwest Immigrant Rights Project
Extending Summary Judgment Deadlines                   615 2nd Ave., Suite 400
Case No. 2:15-cv-00813-JLR                               Seattle, WA 98104
                                  2                       (206) 957-8628

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 14, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document should automatically be served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

                                           */s/  Devin T. Theriot-Orr*
                                           Devin Theriot-Orr, WSBA 33995
                                           Sunbird Law, PLLC
                                           1001 4th Avenue, Suite 3200
                                           Seattle, WA  98154
                                           (206) 962-5052

Stipulated Motion and [Proposed] Order
Extending Summary Judgment Deadlines
Case No. 2:15-cv-00813-JLR

                              3

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A. *et al.*, | Case No. 2:15-cv-00813-JLR |
| Plaintiffs, | [~~PROPOSED~~] ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. | |

Upon consideration of Parties' Stipulated Motion to Extend the Summary Judgment Deadlines, the Court ORDERS that any Opposition to Summary Judgment be filed on or before July 2, 2018 and that any Replies in Support of Summary Judgment be filed on or before July 16, 2018.

It is so ORDERED.

The Clerk is directed to send copies of this Order to all counsel of record.

Dated this ___15th___ day of ___June___ ___2018___

The Honorable James L. Robart
United States District Judge

Stipulated Motion and [~~Proposed~~] Order
Extending Summary Judgment Deadlines
Case No. 2:15-cv-00813-JLR

4

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628