|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMAN GONZALEZ ROSARIO, et al., | CASE NO. C15-0813JLR |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| Defendants. | |

Having reviewed the parties' joint statement (Dkt. # 132), the court GRANTS the parties' request for an extension of time to submit a joint statement implementing the

//

//

//

//

court's order of July 26, 2018 (*see* Order (Dkt. # 127)).  The court ORDERS the parties to jointly file a statement in accordance with that order by Friday, September 14, 2018.

Dated this 10th day of September, 2018.

The Honorable James L. Robart
U.S. District Court Judge

ORDER - 2