The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman Gonzalez ROSARIO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00813-JLR <br><br> STIPULATED [PROPOSED] ORDER <br><br> Noted for September 14, 2018 |

[Proposed] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.

The parties are directed to file three-page letter briefs on their positions regarding: (1) whether the Court should specify specific rates of compliance for employment authorization document (EAD) adjudication as part of an implementation order and what those rates should be; (2) the appropriate venue for filing any Federal District Court action where an EAD application is not adjudicated in compliance with this Court's order, after the individual has complied with the steps set forth in the implementation plan. The letter briefs of the parties are due within 7 days after the date of this order. The Court will resolve the dispute regarding the implementation plan and, as appropriate, the implementation plan.

Dated this  2ND  day of  Oct. , 2018.

Joint Statement
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

4

                                                     *[signature]*

The Honorable James L. Robart
United States District Judge

Submitted by:

*/s/ Christopher Strawn*
Christopher Strawn, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8628

Devin Theriot-Orr, WSBA 33995
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 962-5052

Marc Van Der Hout (*pro hac vice*)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

Trina Realmuto (*pro hac vice*)
American Immigration Council
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600

*Attorneys for Plaintiffs and Class Members*

Leslie K. Dellon (pro hac vice)
American Immigration Council
1331 G Street, NW, Suite 200
Washington, DC 20005
(202) 507-7523

Scott D. Pollock (pro hac vice)
Christina J. Murdoch (pro hac vice)
Kathryn R. Weber (pro hac vice)
Scott D. Pollock & Associates, P.C.
105 W. Madison, Suite 2200
Chicago, IL 60602

Joint Statement
Case No. 2:15-cv-00813-JLR

5

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

(312) 444-1940

Robert H. Gibbs, WSBA 5932
Robert Pauw, WSBA 13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
(206) 682-1080

*Attorneys for Plaintiffs*

Chad A. Readler
Acting Assistant Attorney General

William C. Peachey
Director

/s/ *Jeffrey S. Robins*
Jeffrey S. Robins
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-1246
Fax: (202) 305-7000
Email: jeffrey.robins@usdoj.gov

*Attorneys for Defendants*

Joint Statement
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

6

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 14, 2018, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Christopher Strawn*
Christopher Strawn, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8628

Joint Statement
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

7