UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM GONZALEZ ROSARIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> Defendants. | CASE NO. C15-0813JLR <br><br> ORDER DIRECTING THE PARTIES TO FILE RESPONSIVE LETTER BRIEFS |

Before the court are the parties' three-page letter briefs regarding: (1) whether the court should specify specific rates of compliance with employment authorization document ("EAD") adjudication as part of an implementation order, and what those rates should be; and (2) the appropriate venue for filing any federal district court action where an EAD application is not adjudicated in compliance with the court's order, after the individual has complied with the steps in the implementation plan. (*See* Plf. Let. (Dkt.

# 138); Def. Ltr. (Dkt. # 139); *see also* Stip. Order (Dkt. # 137).) Having reviewed the parties' letter briefs, the court ORDERS the parties to file simultaneous responsive letter briefs, which can be no longer than three (3) pages. The parties shall file their responsive letter briefs no later than Tuesday, November 27, 2018.

Dated this 15th day of November, 2018.

JAMES L. ROBART
United States District Judge