The Honorable James L. Robart<br>
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,*<br><br>    Defendants. | Case No. 2:15-cv-00813-JLR<br><br>JOINT STIPULATED MOTION AND ORDER REGARDING SCHEDULING OF MOTION FOR ATTORNEYS' FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>NOTE ON MOTION CALENDAR:<br>June 1, 2020 |

After mediation, the Ninth Circuit dismissed Defendants' appeal on Defendants' motion, leaving the issue of attorneys' fees outstanding. COA Dkt. 50 (May 5, 2020). The Parties are currently engaged in discussions regarding the resolution of attorneys' fees. As noted in the Ninth Circuit's order, the attorneys' fee petition may be filed in District Court.

In order to facilitate possible settlement, preserve judicial resources and reduce costs, but still meet statutory deadlines, the Parties stipulate and jointly ask the Court to permit Plaintiffs to file a "skeletal" motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), with supplemental filings and briefing permitted should the parties not settle the matter. Counsel for Plaintiffs have pursued this route with

judicial approval in other cases. *See, e.g., Ortega v. Bonnar,* 3:18-cv-03228-WHO (N.D. Cal., March 2, 2020) (Exh. A).

Accordingly, the parties to the above-referenced action, by and through their undersigned counsel of record, hereby STIPULATE, AGREE, and JOINTLY REQUEST:

(1) To encourage resolution of this matter but preserve statutory deadlines, Plaintiffs may file a "skeletal" motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA") by June 4, 2020 and note the motion for September 11, 2020.
(2) Should the parties not settle the matter, Plaintiffs may file a renewed motion with full argument and supporting documentation by September 2, 2020. In such case, the parties will meet and confer regarding a stipulated briefing schedule. Respondent reserves all arguments and defenses as to Plaintiffs' fee motion.
(3) The parties further stipulate that Plaintiffs will not seek fees for the drafting and filing of this stipulation and the skeletal motion. Plaintiffs agree not to seek attorneys' fees on future hours spent negotiating the fee issue during the pendency of the skeletal motion.

Respectfully submitted this 1st day of June, 2020.

*/s/ Christopher Strawn*
Christopher Strawn, WSBA No. 32243
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
chris@nwirp.org

*Attorney for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

By: s/ Aaron S. Goldsmith
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice

Stipulated Motion and Order Regarding
Attorneys' Fees Motion
Case No. 2:15-cv-00813-JLR

1  Civil Division
   Office of Immigration Litigation
2  District Court Section
   Washington, D.C. 20044
3  Tel.: (202) 532-4107
   Email: aaron.goldsmith@usdoj.gov
4
5  *Attorneys for Defendants*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Motion and Order Regarding
Attorneys' Fees Motion Case No. 2:15-
cv-00813-JLR

The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,* <br><br> Defendants. | Case No. 2:15-cv-00813-JLR |

**ORDER**

Pursuant to the Parties' stipulation, IT IS SO ORDERED:

(1) To encourage resolution of this matter but preserve statutory deadlines, Plaintiffs may file a "skeletal" motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA") by June 4, 2020 and note the motion for September 11, 2020.
(2) Should the parties not settle the matter, Plaintiffs may file a renewed motion with full argument and supporting documentation by September 2, 2020. In such case, the parties will meet and confer regarding a stipulated briefing schedule. Respondent reserves all arguments and defenses as to Plaintiffs' fee motion.
(3) The parties further stipulate that Plaintiffs will not seek fees for the drafting and filing of this stipulation and the skeletal motion. Plaintiffs agree not to seek attorneys' fees on future hours spent negotiating the fee issue during the pendency of the skeletal motion.

Dated this __3rd_____ day of __June_____, 2020.

_____
The Honorable James L. Robart
United States District Judge

Stipulated Motion and Order Regarding
Attorneys' Fees Motion Case No. 2:15-
cv-00813-JLR