The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00813-JLR <br><br> **STIPULATED MOTION TO MODIFY ORDER APPOINTING CLASS COUNSEL AND ORDER** <br><br> Noted for consideration on: 7/7/2020 |

On July 28, 2017, the Court appointed Christopher Strawn of the Northwest Immigrant Rights Project, Melissa Crow of the American Immigration Council, Devin Theriot-Orr of Sunbird Law PLLC, and Marc Van Der Hout of Van Der Hout, Brigagliano & Nightingale, LLP, as class counsel in the above-captioned action. Dkt. 97. On June 29, 2020, Matt Adams of the Northwest Immigrant Rights Project entered an appearance on behalf of plaintiffs. Dkt. 157. Mr. Adams's appearance was prompted by Mr. Strawn's impending withdrawal as class counsel. Mr. Strawn subsequently filed a Notice of Withdrawal of Counsel on July 1, 2020. Dkt. 158.

Pursuant to Federal Rules of Civil Procedure 23(a) and 23(g), and this Court's Order of July 18, 2017, Dkt. No. 95 at 24-25, the parties to the above-referenced action, by and through

STIP. MOT. AND ORDER
APPOINTING CLASS COUNSEL - 1
Case No. 2:15-cv-00813-JLR

their undersigned counsel of record, now hereby STIPULATE, AGREE, and JOINTLY REQUEST that the Court substitute Mr. Adams for Mr. Strawn as class counsel. As set forth in the accompanying declaration of Mr. Adams, he is qualified to represent the class. *See* Exhibit A (Declaration of Matt Adams In Support of Stipulation Regarding Substitution of Class Counsel). The parties hereby stipulate, agree, and request that this Court appoint Mr. Adams as class counsel and substitute his appointment for that of Christopher Strawn, who has withdrawn from this case.

Respectfully submitted this 7th day of July, 2020.

s/ Devin Theriot-Orr
Devin Theriot-Orr, WSBA 33995
Sunbird Law, PLLC
1001 4th Avenue, Suite 3200
Seattle, WA 98154
(206) 962-5052

s/ Marc Van Der Hout
Marc Van Der Hout (*pro hac vice*)
Van Der Hout, Brigagliano & Nightingale, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

*Attorneys for Plaintiffs and Class Members*

s/ Emma Winger
Emma Winger (*pro hac vice*)
American Immigration Council
100 Summer Street, 23rd Floor
Boston, MA 02110
(857) 305-3600

s/ Matt Adams
Matt Adams
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611
(206) 587-4025 (fax)
matt@nwirp.org

STIP. MOT. AND ORDER
APPOINTING CLASS COUNSEL - 2
Case No. 2:15-cv-00813-JLR

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

JEFFREY S. ROBINS
Deputy Director

By: s/ Aaron S. Goldsmith
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4107
Email: aaron.goldsmith@usdoj.gov

*Attorneys for Defendants*

STIP. MOT. AND ORDER
APPOINTING CLASS COUNSEL - 3
Case No. 2:15-cv-00813-JLR

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> Defendants. | Case No. 2:15-cv-00813-JLR <br><br> **ORDER MODIFYING ORDER APPOINTING CLASS COUNSEL** |

Upon consideration of Parties' Stipulated Motion to Modify Order Appointing Class Counsel, and the attached Declaration of Matt Adams in support of that motion, previously filed documents in support of the Motion for Class Certification, and pursuant to Rules 23(a) and 23(g) of the Federal Rules of Civil Procedure, the Court hereby appoints Matt Adams of the Northwest Immigrant Rights Project, 615 Second Avenue, Suite 400, Seattle, WA 98104, as class counsel and substitute his appointment for that of Christopher Strawn, who has withdrawn from this case.

//

//

//

STIP. MOT. AND ORDER
APPOINTING CLASS COUNSEL - 1
 Case No. 2:15-cv-00813-JLR

1  It is so ORDERED.

2  The Clerk is directed to send copies of this Order to all counsel of record.

3

4  Dated this ___13th___ day of ___July___, 2020.

5  _____
   The Honorable James L. Robart
6  United States District Judge

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Wilman GONZALEZ ROSARIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>**DECLARATION OF MATT ADAMS IN SUPPORT OF STIPULATION REGARDING SUBSTITUTION OF CLASS COUNSEL** |

I, Matt Adams, hereby declare:

1) I am an attorney at law, admitted in the State of Washington and currently employed by Northwest Immigrant Rights Project (NWIRP) as the Legal Director. I entered my appearance as counsel of record for Plaintiffs in this case.

2) I have been working as an immigration attorney at NWIRP for the last 21 years. From June of 1998 to July of 2005, I worked at NWIRP's Eastern Washington office, in Granger, Washington, first as a Staff Attorney and later as the Directing Attorney of that office. In July of 2006, I assumed my current position as Legal Director of NWIRP. In this role, I am responsible for supervising all federal litigation by NWIRP on behalf of clients before the federal district courts, the Court of Appeals and the Supreme Court.

ADAMS DECL. - 1
Case No. 2:15-cv-00813-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

3) I have extensive experience on cases focusing on immigration law and immigrant rights. During the last 21 years, I have litigated hundreds of cases and personally argued on behalf of immigrants before Immigration Judges, the Board of Immigration Appeals, Federal District Courts, and the Ninth Circuit Court of Appeals. I have represented prevailing petitioners before the Ninth Circuit Court of Appeals in the following published cases: *Flores Tejada v. Godfrey*, 954 F.3d 1245 (9th Cir. 2020) (affirming permanent injunction providing bond hearings for class of persons in withholding of removal proceedings after they have been detained for six months); *Padilla v. ICE*, 953 F.3d 1134 (9th Cir. 2020) (affirming preliminary injunction providing bond hearings to class of persons referred to immigration court after being found to have a credible fear of persecution); *Lanuza v. Love*, 899 F.3d 1019 (9th Cir. 2018) (finding that *Bivens* remedy extends to ICE attorney who fabricated documents to strip plaintiff of opportunity for relief in removal proceedings); *Nguyen v. Sessions*, 901 F.3d 1093 (9th Cir. 2018) (reversing agency position that admission to controlled substance abuse triggered the stop-time rule barring relief for cancellation of removal); *Ramirez v. Brown*, 852 F.3d 954 (9th Cir. 2017) (Court of Appeals affirmed district court order granting summary judgment on behalf of TPS holder who was denied opportunity to apply for adjustment of status based on agency's failure to acknowledge his inspection and admission as TPS holder); *Duran-Gonzales v. DHS*, 702 F.3d 504 (9th Cir. 2013) (Court of Appeals reversed its prior opinion, finding that class members benefit from retroactivity test where agency changes rules pursuant to Supreme Court's decision in *Brand X*); *Chay Ixcot v. Holder*, 646 F.3d 1202 (9th Cir. 2011) (vacating reinstatement order as unlawful retroactive bar to asylum claim); *Lopez-Birrueta v. Holder*, 633 F.3d 1211 (9th Cir. 2011) (rejecting agency's restrictive interpretation of battery for purposes of establishing eligibility for cancellation of removal for victims of domestic violence); *Cortez-Guillen v.*

ADAMS DECL. - 2  
Case No. 2:15-cv-00813-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT  
615 2nd Ave Ste. 400  
Seattle, WA 98144  
Tel: 206-957-8611

1  *Holder*, 623 F.3d 933 (9th Cir. 2010) (holding that agency is bound by elements as laid out in plain language of statute with regards to the realistic probability test, and accordingly, Alaskan coercion statute does not categorically qualify as aggravated felony crime of violence); *Bromfield v. Mukasey*, 543 F.3d 1071 (9th Cir. 2008) (establishing a pattern and practice of persecution targeting gay men in Jamaica); *Mandujano-Real v. Mukasey*, 526 F.3d 585 (9th Cir. 2008) (finding that petitioner's concession while unrepresented did not preclude him from challenging legal basis on appeal and further holding that ID theft conviction did not constitute aggravated felony theft conviction); *Suazo Perez v. Mukasey*, 512 F.3d 1222 (9th Cir. 2008) (finding that domestic violence statute in question did not categorically constitute a deportable offense); *Hosseini v. Gonzales*, 471 F.3d 953 (9th Cir. 2006) (granting relief under the Convention Against Torture to asylum applicant who had been charged as having being engaged in terrorist activities); *Hernandez-Guadarrama v. Ashcroft*, 394 F.3d 674 (9th Cir. 2005) (holding that the government could not rely on the statements made by witnesses where the government deported those witnesses); *Perez-Gonzalez v. Ashcroft,* 379 F.3d 783 (9th Cir. 2004) (preventing government from reinstating prior deportation order where person had a pending application for residence along with the corresponding waiver); *Garcia-Lopez v. Ashcroft*, 334 F.3d 840 (9th Cir. 2003) (requiring DHS to afford full effect to modification of conviction from felony to misdemeanor); and *Castro-Cortez v. INS*, 239 F.3d 1037 (9th Cir. 2001) (prohibiting retroactive application of reinstatement to persons who were deported prior to change in law).

4) I have litigated and presented arguments in federal district courts, including the Eastern and Western Districts of Washington, the Southern, Central and Northern Districts of California, the District of Montana, the Southern District of Florida, and the Eastern District of

ADAMS DECL. - 3
Case No. 2:15-cv-00813-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611

1  New York. In addition, I have successfully moved for class certification and been approved by
2  federal courts as class counsel in twelve different class actions on behalf of persons bringing
3  challenges under the Immigration and Nationality Act: *Moreno Galvez v. Cuccinelli*, No. C19-
4  0321 RSL, 2019 WL 3219372 (W.D. Wash. July 17, 2019) (granting preliminary injunction for
5  certified class of noncitizen youth seeking Special Immigrant Juvenile Status); *Padilla v. U.S.*
6  *Immigration and Customs Enforcement*, No. C19-928 MJP, 2019 WL 1056466 (W.D. Wash.
7  Mar. 6, 2016) (certifying nationwide classes of asylum seekers challenging delays in credible
8  fear interviews and bond hearings, and seeking procedural protections in bond hearings); *Wagafe*
9  *v. Trump*, No. C17-0094-RAJ, 2017 WL 2671254 (W.D. Wash. June 21, 2017) (certifying
10 nationwide classes challenging application of CARRP to applicants for adjustment of status and
11 naturalization); *Mendez Rojas v. Johnson*, No. C-16-1024-RSM, 2017 WL 1397749 (W.D.
12 Wash. Jan. 10, 2017) (certifying nationwide classes of persons seeking asylum who were denied
13 notice and opportunity to timely file applications); *Martinez Banos v. Asher*, No. C-16-1454-
14 JLR-BAT, 2017 WL 9938446 (W.D. Wash. Dec. 11, 2017) (certification granted on behalf of
15 class of detained persons in withholding only proceedings in the Western District of Washington
16 facing prolonged detention without individual custody hearings); *F.L.B. v. Lynch*, No. C14-1026
17 TSZ, 2016 WL 3458352 (W.D. Wash. June 24, 2016) (certification granted on behalf of circuit
18 circuit-wide class of unrepresented children in removal proceedings); *Rivera v. Holder*, 307
19 F.R.D. 539 (W.D. Wash. 2015) (granting class certification and summary judgment clarifying
20 that Immigration Judges must consider whether to release immigration detainees on conditional
21 parole as well as monetary bond); *Khoury v. Asher*, 3 F. Supp. 2d 877 (W.D. Wash. 2014) (class
22 certification and declaratory relief granted on behalf of class, detained immigrants unlawfully
23 subjected to mandatory detention); *A.B.T. v. USCIS,* No. C11-2108 RAJ, 2013 WL 5913323
24

ADAMS DECL. - 4  
Case No. 2:15-cv-00813-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT  
615 2nd Ave Ste. 400  
Seattle, WA 98144  
Tel: 206-957-8611

(W.D. Wash. 2013) (nation-wide challenge to asylum work authorization denials); *Franco-Gonzalez v. Holder*, No. CV 10–02211 DMG (DTBx), 2011 WL 11705815 (C.D. Cal. Nov. 21, 2011) (granting class certification) and 2013 WL 8115423 (C.D. Cal. Apr. 23, 2013) (granting permanent injunction ordering the government to provide free legal representation to immigrants with serious mental disabilities); *Roshandel v. Chertoff*, 554 F. Supp. 2d 1194 (W.D. Wash. 2008) (successful class action on behalf of 450 naturalization applicants); and *Duran Gonzales v. U.S. Dep't. of Homeland Sec.*, 239 F.R.D. 620 (W.D. Wash. 2006) (certification granted for circuit-wide class).

5) I was selected for the Washington State Bar Association's 2016 Award of Merit, WSBA's highest honor. I have twice been awarded the American Immigration Lawyers Association Jack Wasserman Memorial Award for excellence in litigation; most recently, in 2014 for my work on the litigation team in *Franco-Gonzalez v. Holder*, establishing the right to appointed counsel for detained persons with serious mental disorders. I have also received the 2008 Access to Justice Leadership Award, from the Washington State Bar Access to Justice Board, and the 2005 Washington State Chapter AILA Award for Most Significant Impact in Pro Bono Litigation.

6) Neither the Northwest Immigrant Rights Project nor I are receiving reimbursement from any individual plaintiff or class member in this case. Together with co-counsel, I will fairly and adequately protect the interests of the individual plaintiffs and the certified class and possess the commitment and resources to continue to prosecute the case as a class action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of July, 2020, in Seattle, Washington.

s/ Matt Adams
Matt Adams, WSBA No. 28287

ADAMS DECL. - 5
Case No. 2:15-cv-00813-JLR

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98144
Tel: 206-957-8611