The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>**ORDER RE-NOTICING PLAINTIFFS' SKELETAL MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

WHEREAS, on June 6, 2020, Plaintiffs filed a Skeletal Motion for Attorney's Fees Under the Equal Access to Justice Act ("EAJA Motion") noticed for September 11, 2020. *See* ECF No. 155;

WHEREAS, the parties have now reached an agreement in principle with respect to Plaintiffs' EAJA Motion, subject to and contingent upon the execution of a settlement agreement with mutually agreeable language and the necessary approvals;

WHEREAS, the parties agree and stipulate that Plaintiffs' EAJA Motion should be re-noticed for November 6, 2020;

//

//

//

Order Re-Noticing Plaintiffs' EAJA Motion   Case No. 2:15-cv-00813-JLR           -1-

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' EAJA
2  Motion (ECF No. 155) is hereby re-noticed for November 6, 2020.
3  It is so ORDERED.

4
5  Entered September 4, 2020

_____
Hon. James L. Robart
United States District Judge