The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,* <br><br> Defendants. | Case No. 2:15-cv-00813-JLR <br><br> **JOINT STIPULATION OF SETTLEMENT RE: ATTORNEYS' FEES AND COSTS** |

The parties, through their undersigned counsel, stipulate and agree as follows:

This settlement agreement (hereinafter "Agreement") is entered between Plaintiffs and Defendants (collectively, "the parties"), with reference to the facts and terms recited herein.

WHEREAS Plaintiffs commenced litigation styled as *Northwest Immigrant Rights Project, et al. v. U.S. Citizenship & Immigration Services, et al.,* No. 2.15-cv-00813-JLR (W.D. Wash.) on May 22, 2015 ("Litigation");

WHEREAS, on July 18, 2017, the district court granted Plaintiffs' motion for class certification in the Litigation;

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

1

WHEREAS, on July 26, 2018, the district court granted Plaintiffs' motion for summary judgment in the Litigation;

WHEREAS Plaintiffs contend they are entitled to attorney's fees and costs under the Equal Access to Judgment Act ("EAJA") in connection with the Litigation;

WHEREAS in recognition that the parties and the interests of justice are best served by settling the disputes between them, the parties, through their counsel, have engaged in settlement negotiations and have agreed to settle their dispute, subject to the Court's approval, without the need for further litigation;

NOW, THEREFORE, in consideration of the mutual agreements and promises entered into between the parties and intending to be legally bound, the parties agree as follows:

TERMS OF AGREEMENT

1. <u>Effective Date of the Agreement.</u> This Agreement will become effective upon execution of the Agreement by all parties or their authorized representatives and the Court's approval of the settlement agreement (the "Effective Date").

2. <u>Attorney's Fees and Costs.</u>  U.S. Citizenship and Immigration Services ("USCIS") agrees to pay to Northwest Immigrant Rights Project, to be allocated among the participating lawyer's pursuant to counsels' agreement, the sum of five-hundred thousand ($500,000.00) dollars in attorney's fees and costs under the Equal Access to Judgment Act ("EAJA") ("Settlement Amount") consisting of a payment in the amount of $499,900.00 in attorney's fees and $100.00 in costs. Payment of the Settlement Amount will be made by government wire transfer, within **90 days** of the Court's approval of the executed Settlement Agreement, as per the following:

   Name of Payee:          **Northwest Immigrant Rights Project**
   Address of Payee:       **615 2nd Ave., Ste. 400 Seattle, WA  98104**

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

2

| | |
|---|---|
| Taxpayer ID of payee: | **XXXXXXX** |
| Name of payee's bank: | **Columbia Bank** |
| Address of payee's bank: | **721 2nd Ave., Seattle, WA 98104** |
| Payee's bank routing no.: | **XXXXXXX** |
| Payee's bank account no.: | **XXXXXXX** |
| Checking or savings: | **Checking** |

With respect to the payment of the Settlement Amount, Plaintiffs stipulate and agree that the United States will not sign an annuity application form, a uniform qualified settlement form, or any equivalent such forms, and that the United States will not pay the Settlement Amount into a qualified settlement fund or an equivalent fund or account. However, nothing in this paragraph precludes Plaintiffs from purchasing non-qualifying annuities after they have received the Settlement Amount. Compliance with all applicable Federal, state, and local tax requirements shall be the sole responsibility of Plaintiffs. This Agreement is executed without reliance upon any representation by USCIS as to tax consequences, and Plaintiffs are responsible for the payment of all taxes that may be associated with the settlement. Further, nothing in this Settlement Agreement waives or modifies Federal, state, or local laws pertaining to taxes, offsets, levies, and liens that may apply to this Stipulation or the Settlement Amount proceeds, and this Settlement Agreement is executed without reliance on any representation by USCIS as to the application of any such law.

In exchange for the Settlement Payment, Plaintiffs agree to fully release Defendants from all liability for attorneys' fees and costs incurred by Plaintiffs up to the date of the execution of the Settlement Agreement. This Agreement does not cover any fees for any motions to enforce the terms of this Court's injunction that may be filed in the future by Plaintiffs.

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

3

3. <u>Authority</u>.  The parties recognize and agree that this Agreement shall not be construed in any way limiting the authority of the Department of Homeland Security or USCIS to issue new regulatory guidance or sub-regulatory guidance.

4. <u>No Acknowledgment of Wrongdoing.</u> The parties enter into this Agreement for the sole purpose of settling and disposing the Litigation referenced above. This Agreement does not constitute an admission of guilt or wrongdoing by any of the parties.

5. <u>Entire Agreement.</u> This Agreement constitutes the entire agreement between the parties with respect to this action and supersedes all prior discussions, agreements, and understandings, both written and oral, among the parties in connection with the settlement of this action.

6. <u>Headings</u>.  Any headings or titles preceding any of the sections or provisions of this Agreement are inserted solely for the convenience of reference, shall not constitute a part of this Agreement, and shall not otherwise affect the meanings, content, effect, or construction of this Agreement.

7. <u>Counterparts.</u> This Agreement may be executed in counterparts, each one of which constitutes an original, and all of which constitute one and the same Agreement. Facsimiles and electronic transmissions of signatures shall constitute acceptable binding signatures for the purposes of this Agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement, and the undersigned represent that they are authorized to execute and deliver this Agreement on behalf of the respective parties.

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

4

Signed this 1st day of October, 2020.

   /s Devin Theriot-Orr
Devin Theriot-Orr, WSBA 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
(206) 962-5052

   /s/ Matt Adams
Matt Adams, WSBA No. 28287
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

   /s/ Marc Van Der Hout
Marc Van Der Hout (*pro hac vice*)
Van Der Hout, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

Robert H. Gibbs, WSBA 5932
Robert Pauw, WSBA 13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
(206) 682-1080

Scott D. Pollock (*pro hac vice*)
Christina J. Murdoch (*pro hac vice*)
Kathryn R. Weber (*pro hac vice*)
Scott D. Pollock & Associates, P.C.
105 W. Madison, Suite 2200
Chicago, IL 60602
(312) 444-1940

Emma C. Winger (*pro hac vice*)
American Immigration Council
1318 Beacon Street, Suite 18
Brookline, MA 02446
(617) 505-5375

Attorneys for Plaintiffs

   /s/ Aaron S. Goldsmith
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
(202) 532-4107
aaron.goldsmith@usdoj.gov

Attorney for Defendants

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR

Northwest Immigrant Rights Project
615 2nd Ave., Suite 400
Seattle, WA 98104
(206) 957-8628

5

IT IS SO ORDERED:

DATED:   October 1, 2020

_____
Honorable James L. Robart
United States District Court Judge

Joint Stipulation of Settlement Re: Attorneys' Fees and Costs
Case No. 2:15-cv-00813-JLR