The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION<br><br>NOTE ON MOTION CALENDAR:<br>April 2, 2021 |

The Government requests an extension of the deadlines for filing the response and reply with respect to Plaintiffs' pending Motion for Civil Contempt and to Enforce Permanent Injunction currently noticed for April 9, 2021 (Dkt. #171). Specifically, the Government requests that its deadline to file a response to the Motion for Civil Contempt be extended until April 12, 2021 and, accordingly, that the Plaintiffs' deadline to file a reply be extended until April 16, 2021.

The Government maintains that good cause is shown for the extension. The Government represents that it has been working diligently to prepare its response to the Motion for Civil

Stipulation for Extension
15-0813-JLR - 1

U.S. 868, DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107

1  Contempt, but needs additional time to draft the response and any supporting documents given

2  the volume of material submitted by Plaintiffs. The Government asserts that the additional time

3  will ensure that the response is thorough and comprehensive.

4      Therefore, the parties agree that the Government will file its response to Plaintiffs'

5  Motion for Civil Contempt on April 12, 2021, and that Plaintiffs will file their response by April

6  16, 2021.

7      Dated this 2nd day of April, 2021.

8      By: *s/ Emma C. Winger*
    Emma C. Winger (*pro hac vice*)
9      American Immigration Council
    1331 G Street, NW, Suite 200
10     Washington, DC 20005
    (617) 505-5375

11

12     Matt Adams, WSBA No. 28287
    Northwest Immigrant Rights Project
    615 Second Avenue, Suite 400
13     Seattle, WA 98104
    (206) 957-8611

14

15     Devin Theriot-Orr, WSBA 33995
    Open Sky Law, PLLC
    20415 72nd Ave. S., Ste. 110
16     Kent, WA 98032
    (206) 962-5052

17

18     Marc Van Der Hout (*pro hac vice*)
    Van Der Hout, LLP
    180 Sutter Street, Suite 500
19     San Francisco, CA 94104
    (415) 981-3000

20

21     Robert H. Gibbs, WSBA 5932
    Robert Pauw, WSBA 13613
    Gibbs Houston Pauw
22     1000 Second Avenue, Suite 1600

23

Stipulation for Extension
15-0813-JLR - 2

U.S. 868, DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107

Seattle, WA 98104-1003
(206) 682-1080

Scott D. Pollock (*pro hac vice*)
Christina J. Murdoch (*pro hac vice*)
Kathryn R. Weber (*pro hac vice*)
Scott D. Pollock & Associates, P.C.
105 W. Madison, Suite 2200
Chicago, IL 60602
(312) 444-1940

Counsel for Plaintiffs

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Deputy Director

By: *s/ Aaron S. Goldsmith*
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4107
Email: aaron.goldsmith@usdoj.gov

Counsel for Defendants

Stipulation for Extension
15-0813-JLR - 3

U.S. 868, DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107

**ORDER**

The parties having so stipulated, IT IS ORDERED that the stipulation is granted. The parties will comply with the deadlines set forth above. The Clerk is DIRECTED to renote the motion (Dkt. # 171) for April 16, 2021.

Dated this 2nd day of April, 2021.

_____
James L. Robart
United States District Judge