# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILMAN GONZALEZ ROSARIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Defendants. | CASE NO. C15-0813JLR<br><br>ORDER ON PLAINTIFFS' MOTION FOR CIVIL CONTEMPT |

Before the court is Plaintiffs' motion for civil contempt and to enforce the permanent injunction issued by this court on July 26, 2018. (Mot. (Dkt. # 171); 7/26/18 Order (Dkt. # 127); *see also* Reply (Dkt. # 180).) In that order, the court found that Defendants were in violation of a regulatory deadline requiring Defendant United States Citizenship and Immigration Services ("USCIS") to adjudicate asylum-seekers' applications for employment authorization documents ("EADs") within 30 days of

ORDER - 1

receipt and enjoined Defendants from further failing to adhere to that deadline. (7/26/18 Order at 12.) Defendants oppose Plaintiffs' motion for contempt. (Resp. (Dkt. # 179).) The parties filed a supplemental joint submission on May 26, 2021, regarding the status of Defendants' efforts to comply with the court's injunction. (*See* J. Sub. (Dkt. # 182); 5/18/21 Min. Order (Dkt. # 181).) The court heard telephonic oral argument on May 28, 2021. (*See* 5/28/21 Min. Entry (Dkt. # 183).)

The court has considered the motion, all submissions filed in support of and in opposition to the motion, the relevant portions of the record, the parties' arguments, and the applicable law. Being fully advised, the court ORDERS as follows:

1. The court DENIES without prejudice Plaintiffs' motion for civil contempt (Dkt. # 171). Plaintiffs may renew their motion if Defendants do not reach substantial compliance with the court's permanent injunction within 120 days of the filing date of this order;

2. The court ORDERS Defendants to file monthly status reports for the months of May, June, July, and August 2021, regarding Defendants' rate of compliance with the 30-day timeline to adjudicate class members' EAD applications. These status reports shall be filed no later than five (5) days after the end of each month;

3. The court DIRECTS the parties to continue conferring regarding USCIS's processes for accepting, receipting, and dispute resolution; and

4. The court DIRECTS the parties to file a joint status report within ten (10) days of the district court's issuance of its order on the pending motion for permanent injunction in *CASA de Maryland, Inc. v. Mayorkas*, No. 8:20-cv-02118-PX (D. Md.).

This joint status report shall address the impact, if any, of the *CASA de Maryland* court's order on the proceedings in this court.

Dated this 28th day of May, 2021.

_____
JAMES L. ROBART
United States District Judge

ORDER - 3