The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING **JLR** DEFENDANTS' UNOPPOSED MOTION TO MODIFY THIS COURT'S ORDER ADOPTING THE PARTIES' PARTIAL IMPLEMENTATION PLAN<br><br>NOTE ON MOTION CALENDAR:<br>April 28, 2022 |

Upon consideration of Defendants' Unopposed Motion to Modify this Court's Order Adopting the Parties' Partial Implementation Plan, this Motion is GRANTED, and paragraph 1(c) of the Parties' Partial Implementation Plan is modified as follows, additional language in italics:

> Reallocated 50 Immigration Service Officers to work full time on initial (c)(8) applications (subject to modification upward or downward depending on workload, as determined by USCIS). *Further, USCIS may transfer initial (c)(8) applications out of the TSC for adjudication at other service centers, depending on workload at those service centers and as determined by USCIS, to help address the increased workload of initial (c)(8) cases and any backlog of cases waiting for adjudication.*

[~~Proposed~~] Order Granting Defendants' Motion to Modify
18-655-JLR

IT IS ORDERED.

Dated this 29th day of April, 2022.

                                                James L. Robart
                                                United States District Judge

Presented by:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Deputy Director

By: *s/ Aaron S. Goldsmith*
Aaron S. Goldsmith
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
Washington, D.C. 20044
Tel.: (202) 532-4107
Email: aaron.goldsmith@usdoj.gov

[~~Proposed~~] Order Granting Defendants' Motion to Modify
18-655-JLR