The Honorable James L. Robart
United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | Case No. 2:15-cv-00813-JLR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION<br><br>NOTE ON MOTION CALENDAR:<br>August 31, 2022 |

The Government requests an extension of the deadlines for filing the response and reply with respect to Plaintiffs' pending Motion for Civil Contempt and to Enforce Permanent Injunction currently noticed for September 9, 2022 (Dkt. #196). Specifically, the Government requests that its deadline to file a response to the Motion for Civil Contempt be extended until September 12, 2022 and, accordingly, that the Plaintiffs' deadline to file a reply be extended until September 16, 2022.

The Government maintains that good cause is shown for the extension. The Government represents that it has been working diligently to prepare its response to the Motion for Civil Contempt but needs additional time to prepare a declaration in support of its response due to the

Stipulation and ~~Proposed~~ Order for an Extension
18-655-JLR - 1

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107

fact that the declarant is currently out of town. The Government asserts that the additional time will ensure that the response is thorough and comprehensive.

Therefore, the parties agree that the Government will file its response to Plaintiffs' Motion for Civil Contempt on September 12, 2022, and that Plaintiffs will file their reply by September 16, 2022.

Dated this 31st day of August 2022.

By: *s/ Emma C. Winger*
Emma C. Winger (*pro hac vice*)
American Immigration Council
*1331 G Street, NW, Suite 200
Washington, DC 20005
(202) 507-7512
*Not admitted in D.C. Practice limited to federal courts.*

Matt Adams, WSBA No. 28287
Northwest Immigrant Rights Project
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

Devin Theriot-Orr, WSBA 33995
Open Sky Law, PLLC
20415 72nd Ave. S., Ste. 110
Kent, WA 98032
(206) 962-5052

Marc Van Der Hout (*pro hac vice*)
Johnny Sinodis (*pro hac vice*)
Van Der Hout, LLP
180 Sutter Street, Suite 500
San Francisco, CA 94104
(415) 981-3000

Robert H. Gibbs, WSBA 5932
Robert Pauw, WSBA 13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
(206) 682-1080

Stipulation and ~~Proposed~~ Order for an Extension
18-655-JLR - 2

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107

1
2
3          Scott D. Pollock (*pro hac vice*)
           Christina J. Murdoch (*pro hac vice*)
4          Kathryn R. Weber (*pro hac vice*)
           Scott D. Pollock & Associates, P.C.
5          105 W. Madison, Suite 2200
           Chicago, IL 60602
6          (312) 444-1940
           Counsel for Plaintiffs
7
8          BRIAN M. BOYNTON
           Principal Deputy Assistant Attorney General
9          Civil Division

10         WILLIAM C. PEACHEY
           Director
11         Office of Immigration Litigation
           District Court Section
12
13         JEFFREY S. ROBINS
           Deputy Director
14
           By:  s/ *Aaron S. Goldsmith*
15         Aaron S. Goldsmith
           Senior Litigation Counsel
16         United States Department of Justice
           Civil Division
17         Office of Immigration Litigation
           District Court Section
18         Washington, D.C. 20044
           Tel.: (202) 532-4107
19         Email: aaron.goldsmith@usdoj.gov
20
21         Counsel for Defendants
22
23
24
25

Stipulation and ~~Proposed~~ Order for an Extension      U.S. DEPARTMENT OF JUSTICE
18-655-JLR - 3                                           P.O. BOX 868, BEN FRANKLIN STATION
                                                         WASHINGTON, D.C. 20044
                                                         (202) 532-4107

**ORDER**

The parties having so stipulated, IT IS ORDERED that the stipulation is granted.  The parties will comply with the deadlines set forth above.  <u>The Clerk is directed to renote Plaintiffs' motion for contempt and to enforce permanent injunction (Dkt. # 196) on September 16, 2022</u>.

Dated this 31st day of August, 2022.

*[signature]*

James L. Robart
United States District Judge

Stipulation and ~~Proposed~~ Order for an Extension
18-655-JLR - 4

U.S. DEPARTMENT OF JUSTICE
P.O. BOX 868, BEN FRANKLIN STATION
WASHINGTON, D.C. 20044
(202) 532-4107