# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT, <br><br> Plaintiff, <br><br> v. <br><br> US CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CASE NO. C15-0813JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On February 1, 2023, the court issued a revision to its Local Civil Rules that replaces page count limits for motions and briefs with word count limits. *See* Local Rules W.D. Wash. LCR 7 (Feb. 1, 2023). Each motion or brief must "include the certification of the signer as to the number of words, substantially as follows: 'I certify

MINUTE ORDER - 1

1 that this memorandum contains ____ words, in compliance with the Local Civil Rules.'"

2 *Id.* LCR 7(e)(6).

3 Defendants' response to Plaintiffs' third motion for civil contempt and to enforce the permanent injunction in this case (Dkt. # 215) does not include the certification required by Local Civil Rule 7(e)(6). Nevertheless, the court will accept the filing. The court DIRECTS the parties to carefully review the current version of the Local Civil Rules on the court's website at https://www.wawd.uscourts.gov/local-rules-and-orders. Failure to follow the Local Civil Rules in the future may result in the motion or brief being stricken from the docket.

Filed and entered this 7th day of February, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2